Opinion issued February 28, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00159-CV

———————————

IN RE Garland d. Anderson, M.D., Randal J. Urban, M.D., Billy U.
Philips, Ph.D., Vicente a. RESTO, M.D., HENRY F. EPSTEIN, M.D., DAVID H.
WALKER, M.D., COURTNEY M. tOWNSEND, JR., M.D., AND ROBERT M. HIRSCHFELD, M.D., Relators



 



 

Original Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION[1]

          By
petition for writ of mandamus, relators, Garland D. Anderson, M.D., Randal J.
Urban, M.D., Billy U. Phillips, Ph.D., Vicente A. Resto, M.D., Henry F.
Epstein, M.D., David H. Walker, M.D., Courtney M. Townsend, Jr., M.D., and
Robert M. Hirschfeld, M.D., challenge the trial court’s February 23, 2011 order
granting real parties in interest’s motion to compel the deposition of Dr.
Garland D. Anderson and denying relators’ motion for entry of a protective
order.  

We deny the petition for
writ of mandamus.  Relators’ motion for
emergency stay is dismissed as moot.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying case is Bessman et al. v. Anderson et al., No.
10-CV-4210 in the 212th District Court of Galveston County, Texas, the
Honorable Susan Criss presiding.